**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MATTA SANTOS, | No.  ED CV 08-1871-VBF (PLA) |
| Plaintiff, | |
| v. | **ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| TOWNSEND, et al., | |
| Defendants. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's report and recommendation.  The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1.      The report and recommendation is adopted.

2.      Defendants' motion to dismiss is granted.

3.      Plaintiff's claims against defendant Grannis are dismissed without leave to amend and with prejudice.

4.      Plaintiff's claims against defendant Townsend are dismissed with leave to amend.

/

5.     If plaintiff still desires to pursue his claims against defendant Townsend, plaintiff is ordered to file a First Amended Complaint correcting the deficiencies of his claims against defendant Townsend within 20 days of the date of this Order.

6.     The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED:  7-15-10

*Valerie Baker Fairbank*

HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE