UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  ED CV 08-1871-VBF (PLA)                                    Date  December 13, 2010

Title: Matta Santos v. Townsend

------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:          ATTORNEYS PRESENT FOR DEFENDANTS:
                 NONE                                                                       NONE

PROCEEDINGS:          (IN CHAMBERS)

Pursuant to this Court's Order of August 31, 2010, each party was ordered to file a Status Report no later than November 30, 2010.  To date, no Status Reports have been filed with the Court.  Accordingly, **no later than December 27, 2010, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute, and **defendant is ordered to show cause** why sanctions should not be imposed for failure to comply with a Court Order.  Filing of the required Status Report by a party on or before December 27, 2010, shall be deemed compliance by the filing party with this Order to Show Cause.


cc:     Matta Santos, Pro Se
        Eugene P. Ramirez, Esq.
        Robert E. Murphy, Esq.

Initials of Deputy Clerk_____ch____