# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | | |
|---|---|---|
| MATTA SANTOS, | ) | No. ED CV 08-1871-VBF (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| TOWNSEND, | ) | |
| Defendant. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute and follow court orders.

DATED: 2-23-11

*Valerie Baker Fairbank*
HONORABLE VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE